FILED

02/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0326

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.                                                    O R D E R

ERIC BOUDETTE,

    Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Eric Boudette, all counsel of record, and to Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 7 2024